NOT FOR PUBLICATION                                                              CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BARBARA MARCHANT, | : | |
| | : | Civil Action No. 06-3313 (FSH) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| HEIDELBERG USA., *et. al.*, | : | |
| | : | July 26, 2007 |
| Defendants | : | |
| | : | |

This matter coming before this Court upon Magistrate Judge Shwartz's July 11, 2007 Report and Recommendation recommending that "that the United States District Judge remand this case to the New Jersey Superior Court, Middlesex County.  The parties have ten days to file objections to this recommendation, see Local Civ. R. 72.1(2);" and

it appearing that neither party has filed an objection to the Report and Recommendation and that ten days have passed, *see* L. Civ. R. 72.1(c)(2); and

it appearing that there is no longer diversity of citizenship and hence the basis for subject matter jurisdiction no longer exists; and

this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

**IT IS** on this 26th day of July, 2007

**ORDERED** that Magistrate Judge Shwartz's July 11, 2007 Report and Recommendation is adopted as the Opinion of this Court; and it is

**ORDERED** that this case is **REMANDED** to the New Jersey Superior Court, Middlesex

1

County; and it is further

       **ORDERED** that this case is **CLOSED**.

                    /s/ Faith S. Hochberg
                    Hon. Faith S. Hochberg, U.S.D.J.